UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Kaitlyn Tansey and Sarah Caudill,
on behalf of themselves and all
similarly situated employees,                Case No. 18-cv-13800

               Plaintiffs,            Judith E. Levy
                                          United States District Judge
v.
                                          Mag. Judge Mona K. Majzoub
Katherine's Catering and Special
Events, Inc., *et al.*,

               Defendants.

_____/

## ORDER REQUIRING ATTORNEY FEES TIME RECORDS TO BE SUBMITTED

The parties to the above-captioned case have submitted a proposed settlement agreement in this matter involving claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq*. In the proposed settlement, plaintiffs' counsel has requested attorney fees and costs.

Upon receipt of a request for attorney fees and costs in an FLSA case, the Court must assess whether the request is reasonable using the lodestar calculation method and then adjust the award as necessary to

suit the circumstances of the case. *Smith v. Service Master Corp.*, 592 F. App'x 363 (6th Cir. 2014).

Accordingly, plaintiffs' counsel shall file billing records and a declaration or empirical data found in surveys and other reliable reports regarding fees customarily charged in the locality for similar legal services by Monday April 1, 2019, so that the Court may weigh the reasonableness of the agreed upon attorney fees and costs in advance of the hearing scheduled in this matter on Wednesday April 3, 2019.

    IT IS SO ORDERED.

Dated: March 28, 2019            s/Judith E. Levy
     Ann Arbor, Michigan       JUDITH E. LEVY
                                          United States District Judge