IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| KAITLYN TANSEY and SARAH CAUDILL, on behalf of themselves and all similarly situated employees, <br><br> Plaintiffs, <br><br> v. <br><br> KATHERINE'S CATERING AND SPECIAL EVENTS, INC., *et al*, <br><br> Defendants. | CIVIL ACTION <br><br> No.: 18-cv-13800 <br> Hon. Judith E. Levy |

**NOTICE OF FILING SUPPLEMENTAL INFORMATION IN SUPPORT OF REQUESTED AWARD OF ATTORNEYS' FEES AND COSTS**

PLEASE TAKE NOTICE that, pursuant to the Court's March 28, 2019 Order directing Plaintiffs' counsel to file additional information related to the reasonableness of the parties' agreed upon attorneys' fees and costs (Doc. 15), the declaration of Jesse L. Young is attached as *Exhibit A* hereto.

Date: April 1, 2019

Respectfully Submitted,

*/s/ Jesse L. Young*
Jesse L. Young (P72614)
**KREIS ENDERLE, P.C.**
8225 Moorsbridge, P.O. Box. 4010
Kalamazoo, Michigan 49003-4010
(269) 324-3000 (Tel.)
jyoung@kehb.com

## **CERTIFICATE OF SERVICE**

 I certify that on April 1, 2109, I electronically filed the forgoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

            */s/ Jesse L. Young*
            Jesse L. Young
            jyoung@kehb.com