UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| KAITLYN TANSEY and SARAH CAUDILL, on behalf of themselves and all similarly situated employees, | : : : : : | Case No.: 18-cv-13800 |
| Plaintiffs, | : : : | Hon. Judith E. Levy<br>Mag. Mona K. Majzoub |
| v. | : : | |
| KATHERINE'S CATERING AND SPECIAL EVENTS, INC., KATHERINE'S CATERING DETROIT, LLC, KATHERINE'S CATERING ROYAL OAK, LLC, KATHERINE'S CATERING OAKLAND COUNTY, LLC, KATHERINE'S CATERING CANTON, LLC, KATHERINE'S CATERING OF BRIGHTON, LLC, and KATHERINE H. FARRELL, | : : : : : : : : : : : : | |
| Defendants. | : : | |

**STIPULATED ORDER OF DISMISSAL**

By the parties filing this Stipulation and thereby advising the Court that the notice/opt-in period as required by the parties' agreement has closed and all payments required thereby have been mailed, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that all claims by Plaintiffs (including all those who have opted into this matter by July 2, 2019) in the above-captioned matter are DISMISSED with prejudice and without additional costs or attorney fees to either party.

IT IS SO ORDERED:

Dated: July 3, 2019                    s/Judith E. Levy
                                                JUDITH E. LEVY
                                                United States District Judge

| /s/*Jesse L. Young* | /s/*Robert A. Boonin* |
|---|---|
| Jesse L. Young (P72614) | Robert A. Boonin (P38172) |
| **KREIS ENDERLE, P.C.** | Noah S. Hurwitz (P74063) |
| 8225 Moorsbridge | **DYKEMA GOSSETT PLLC** |
| P.O. Box. 4010 | 2723 South State Street, Suite 400 |
| Kalamazoo, Michigan 49003-4010 | Ann Arbor, Michigan 48104 |
| (269) 324-3000 | (734) 214-7660 |
| jyoung@kehb.com | rboonin@dykema.com |
| Attorneys for Plaintiffs | nhurwitz@dykema.com |
| | Attorneys for Defendants |

Dated: July 3, 2019

2